UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COLDWATER CREEK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:06-cv-818- DFH-TAB |
| | ) |
| CHARLES E. HILL & ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

The Court has been advised by counsel that a settlement has been reached in this matter. Accordingly, any pending motions are denied, without prejudice, as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 30 days.

SO ORDERED this 21st day of September, 2006.

　　　　　　　　　　　　　　　　　　　　s/ Tim A. Baker
　　　　　　　　　　　　　　　　　　　　Tim A. Baker
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Copies to:

Peter J. Brann
BRANN & ISAACSON
pbrann@brannlaw.com

R. Trevor Carter
BAKER & DANIELS
trevor.carter@bakerd.com

James Dimos
LOCKE REYNOLDS LLP
jdimos@locke.com

Stacy L. Prall
BAKER & DANIELS
slprall@bakerd.com

David A. Swetnam-Burland
BRANN & ISAACSON
dsb@brannlaw.com

Joel E. Tragesser
LOCKE REYNOLDS LLP
jtragesser@locke.com