IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

COLDWATER CREEK INC.,      )
     )
     Plaintiff,      )
     )      Case No. 1:06-cv-818-DFH-TAB
     v.      )
     )
CHARLES E. HILL & ASSOCIATES, INC.,      )
     )
     Defendant.      )

STIPULATION OF DISMISSAL BETWEEN PLAINTIFF
AND CHARLES E. HILL & ASSOCIATES, INC.

Plaintiff and Defendant, Charles E. Hill & Associates, Inc.. ("Hill") have agreed to dismiss this case effective as of this 26th day of October, 2006.

Therefore, Plaintiff and Hill stipulate, subject to an Order of the Court dismissing Plaintiff's claims against Hill with prejudice:

1.     Plaintiff's Complaint against Hill is dismissed with prejudice.

2.     Any counterclaims asserted by Hill are dismissed with prejudice.

3.     Each party shall bear its own attorneys fees, expenses, and costs.

STIPULATED AND AGREED TO:

/s/ Trevor Carter_____      /s/ Peter J. Brann_____
R. Trevor Carter      Peter J. Brann
BAKER & DANIELS LLP      BRANN & ISAACSON
300 North Meridian Street      184 Main Street
Suite 2700      P.O. Box 3070
Indianapolis, IN 46204      Lewiston, ME 04243
Telephone: (317)-237-0300      Telephone: (207) 786-3566

*Attorney for Charles E. Hill*      *Attorney for Coldwater Creek Inc.*
*& Associates, Inc.*

So ORDERED and SIGNED this _____ day of November, 2006.

_____
Honorable David F. Hamilton
Judge, United States District
Southern District of Indiana
Indianapolis Division