IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COLDWATER CREEK INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06-cv-818-DFH-TAB |
| v. ) | |
| ) | |
| CHARLES E. HILL & ASSOCIATES, INC., ) | |
| ) | |
| Defendant. ) | |

STIPULATION OF DISMISSAL BETWEEN PLAINTIFF
AND CHARLES E. HILL & ASSOCIATES, INC.

Plaintiff and Defendant, Charles E. Hill & Associates, Inc.. ("Hill") have agreed to dismiss this case effective as of this 26th day of October, 2006.

Therefore, Plaintiff and Hill stipulate, subject to an Order of the Court dismissing Plaintiff's claims against Hill with prejudice:

1. Plaintiff's Complaint against Hill is dismissed with prejudice.

2. Any counterclaims asserted by Hill are dismissed with prejudice.

3. Each party shall bear its own attorneys fees, expenses, and costs.

STIPULATED AND AGREED TO:

| | |
|---|---|
| /s/ Trevor Carter | /s/ Peter J. Brann |
| R. Trevor Carter | Peter J. Brann |
| BAKER & DANIELS LLP | BRANN & ISAACSON |
| 300 North Meridian Street | 184 Main Street |
| Suite 2700 | P.O. Box 3070 |
| Indianapolis, IN 46204 | Lewiston, ME 04243 |
| Telephone: (317)-237-0300 | Telephone: (207) 786-3566 |
| | |
| *Attorney for Charles E. Hill & Associates, Inc.* | *Attorney for Coldwater Creek Inc.* |

So ORDERED and SIGNED this __8th__ day of November, 2006.

*David F. Hamilton*

_____
Honorable David F. Hamilton
Judge, United States District
Southern District of Indiana
Indianapolis Division